1

2 Greg Brower (Nevada Bar No. 5232)
Casey G. Perkins (Nevada Bar No. 12063)
3 SNELL & WILMER, L.L.P.
3883 Howard Hughes Parkway, Suite 1100
4 Las Vegas, NV 89169
Telephone:  (702) 784-5200
5 Facsimile:  (702) 784-5252
Email:  gbrower@swlaw.com
6 Email:  cgperkins@swlaw.com

7 Attorneys for Plaintiff
Materion Corporation

8
## UNITED STATES DISTRICT COURT
9
## DISTRICT OF NEVADA
10

11

**MATERION CORPORATION** | Case No. 2:14-cv-02006- KJD-(GWF)
12 |
| **ORDER**
13            **Plaintiff,** | **FOR PRELIMINARY INJUNCTION**
   v. |
14 |

15 **AQUA REGIA SOLUTIONS LLC,** *et al.*

16           **Defendants.**

17

18       As the basis for this Stipulated Order for Preliminary Injunction, the parties

19 stipulate to the following facts:

20       1.    On December 2, 2014, Plaintiff Materion Corporation ("Materion") filed this

21 action against Defendants Aqua Regia Solutions LLC, Asalient LLC, and Sundarajan Mutialu

22 (collectively "Defendants"), seeking, among other things, to protect the rights in and to certain

23 processes for removing precious metals from various substrates without damaging the substrate

24 that Plaintiff alleges it owns (the "Invention"), and to enjoin Defendants from acting in violation

25 of rights in and to the Invention that Plaintiff Materion has asserted;

26

27       2.    On December 16, 2014, Materion moved for expedited discovery, on the ground

28 that it needed to assess whether to file a motion for a preliminary injunction;

3.      Upon the application of Defendants, On January 27, 2015, the U.S. Patent and Trademark Office issued a communication providing that (a) it was suspending action on U.S. Patent Application No. 14/241,105 (the "'105 application") for a period of six months, and (b) if further suspension or continuance of prosecution is required, the applicant is required to notify the examiner at the end of the period;

4.      On January 28, 2015, the Court held a hearing on Materion's Motion for Expedited Discovery, at which time Defendants proposed to obviate any need for expedited discovery by stipulating to a preliminary injunction;

5.      The Court deferred ruling on Materion's Motion for Expedited Discovery to allow the parties to negotiate and try to stipulate to a mutually acceptable preliminary injunction; and

6.      This Order is intended to maintain the *status quo* and prevent what Plaintiff alleges is irreparable harm to Materion while this matter is pending before the Court.

As a further basis for Materion entering into this Stipulated Order for Preliminary Injunction, Defendants make and certify the following representations:

1.      Defendants have no employees;

2.      To date, the only marketing or use of the Invention or related technologies or services by any Defendant and any agents, representatives, attorneys, entities, or persons acting on their behalf or in concert with any of them is the activity reflected on the website at the domain name aquaregiasolutions.com ("Aqua Regia Solutions Website"), which went online starting approximately November 6, 2014, was taken down in December 2014, and remains down.  There has been no other activity in connection with the Invention or related technologies or services by any Defendant or any agents, representatives, attorneys, entities, or persons acting on their behalf or in concert with any of them that would constitute, in whole or in part, using, selling, licensing,

2

**STIPULATED ORDER FOR PRELIMINARY INJUNCTION**

marketing, commercializing, assigning, communicating with prospective customers or investors, or engaging in research and development;

3.    There has been no assignment, license or sale of the Invention or any related technologies or services to any Defendant or any agents, representatives, attorneys, entities, or persons acting on their behalf or in concert with any of them; and

4.    Defendants reasonably believe they have sufficient control over the prosecution of the '105 patent application to compel continued suspension of examiner action on the application with the USPTO.  This control over the application is based upon the express representation of Dr. Dedek, the patent's applicant, to Defendant Mutialu and his attorney, Thomas L. Peterson, that all things necessary to protect Defendants from any adverse action by Plaintiff be done.  Further, in the event that Defendants or their counsel learn that Dr. Dedek seeks to conduct himself contrary to his  expressrepresentation, Defendants and their counsel will forthwith notify Dr. Dedek of the adverse implications to Defendants of any such conduct.   In the event that Defendants or their counsel learn that Dr. Dedek has acted or intends to act in contravention of his representation , or if Dr. Dedek terminates his relationship with Mr. Peterson, Defendants will forthwith notify Plaintiff's counsel of such action .

**THEREFORE, IT IS HEREBY AGREED BY THE PARTIES AND ORDERED BY THE COURT AS FOLLOWS:**

1.    Defendants and all agents, representatives, attorneys, entities, or persons acting on their behalf or in concert with them are hereby enjoined from:  using, selling, licensing, marketing, commercializing, assigning any rights in or to, communicating with prospective customers or investors regarding, or engaging in research and development in connection with the Invention or any related technologies or services.

3

2.     Defendants and all agents, representatives, attorneys, entities, or persons acting on their behalf or in concert with them are hereby enjoined from prosecuting or assisting in the prosecution of any domestic or foreign patent applications relating to any process for removing precious metals from substrate without damaging the substrate including, without limitation, the '105 application and EP Application No. 12772876.4.

3.     If this action is pending thirty (30) days prior to the date the U.S. Patent and Trademark Office's suspension of action on the '105 application is set to end, Defendants agree to notify the examiner and request further suspension.

4.     Defendants and all agents, representatives, attorneys, entities, or persons acting on their behalf or in concert with them hereby agree to immediately take steps to preserve all relevant documents and electronically stored information in their possession, custody, or control including, without limitation, text messages, emails, and voice messages relating to the Invention or related technologies or services. Defendants, on their own behalf and on behalf of and all agents, representatives, attorneys, entities, or persons acting on their behalf or in concert with them are shall certify compliance with this Paragraph in writing to Materion's counsel within twenty-one (21) days of the entry of this Order.

5.     By signing below, the undersigned counsel have the authority to enter into this stipulation on behalf of their respective clients.

6.     Discovery in this action shall proceed in the normal course. Materion's Motion for Expedited Discovery is deemed withdrawn.

7.     The parties shall conduct their discovery conference under Fed. R. Civ. P. 26(f) on or before February 13, 2015.

8.     The parties have agreed that security is not necessary in this instance and, therefore, none is required.

STIPULATED ORDER FOR PRELIMINARY INJUNCTION

**SO STIPULATED.**

Dated this ___ day of February, 2015.

_____
Greg Brower (NV Bar No. 5232)
Casey Perkins (NV Bar No. 12063)
Snell & Wilmer
Hughes Center
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169

Attorneys for Plaintiff
MATERION CORPORATION

_____
Steven J. Parsons (NV Bar No. 363)
Joseph N. Mott (NV Bar No. 12455)
Law Offices of Steven J. Parsons
7201 W. Lake Mead Blvd. Ste 108
Las Vegas, NV 98128-8354
(702) 384-9900
(702) 384-5900
Steve@SJPlawyer.com
JMott@SJPlawyer.com

Attorneys for Defendants
Aqua Regia Solutions LLC, Asalient LLC,
and Sundarajan Mutialu

**CERTIFICATION AS TO DEFENDANTS' REPRESENTATIONS:**

_____
Sundarajan Mutialu, individually and on behalf
of Aqua Regia Solutiosn LLC and Asalient LLC

**ORDER**

**IT IS SO ORDERED.**

Dated this _____ day of February, 2015.

_____
U.S. DISTRICT/MAGISTRATE JUDGE

5

**STIPULATED ORDER FOR PRELIMINARY INJUNCTION**

1  **SO STIPULATED.**

2  Dated this $5$ day of February, 2015.

3

4  Greg Brower (NV Bar No. 5232)
   Casey Perkins (NV Bar No. 12063)
5  Snell & Wilmer
   Hughes Center
6  3883 Howard Hughes Parkway
   Suite 1100
7  Las Vegas, NV 89169

8  Attorneys for Plaintiff
   MATERION CORPORATION

9  _Steven J Parsons_

10 Steven J. Parsons (NV Bar No. 363)
   LAW OFFICES OF STEVEN J. PARSONS
11 7201 W. Lake Mead Blvd. Ste 108
   Las Vegas, NV 98128-8354
12 (702) 384-9900
   (702) 384-5900
13 Steve@SJPlawyer.com

14 Attorneys for Defendants
   Aqua Regia Solutions LLC, Asalient LLC,
15 and Sundarajan Mutialu

16
   **CERTIFICATION AS TO DEFENDANTS' REPRESENTATIONS:**
17

18 Sundarjan Mutialu, individually and on behalf
   of Aqua Regia Solutiosn LLC and Asalient LLC
19

20
                          **ORDER**
21

22 **IT IS SO ORDERED.**

23      Dated this ____ day of February, 2015.

24
                          _____
25                        U.S. DISTRICT/MAGISTRATE JUDGE

26

27

28
                          5
   **STIPULATED ORDER FOR PRELIMINARY INJUNCTION**

**SO STIPULATED.**

Dated this 6th day of February, 2015.

_____

Greg Brower (NV Bar No. 5232)
Casey Perkins (NV Bar No. 12063)
Snell & Wilmer
Hughes Center
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169

Attorneys for Plaintiff
MATERION CORPORATION

_____

Steven J. Parsons (NV Bar No. 363)
Joseph N. Mott (NV Bar No. 12455)
Law Offices of Steven J. Parsons
7201 W. Lake Mead Blvd. Ste 108
Las Vegas, NV 98128-8354
(702) 384-9900
(702) 384-5900
Steve@SJPlawyer.com
JMott@SJPlawyer.com

Attorneys for Defendants
Aqua Regia Solutions LLC, Asalient LLC,
and Sundarajan Mutialu

**CERTIFICATION AS TO DEFENDANTS' REPRESENTATIONS:**

_____

Sundarjan Mutialu, individually and on behalf
of Aqua Regia Solutiosn LLC and Asalient LLC

**ORDER**

**IT IS SO ORDERED.**

Dated this 13th day of February, 2015.

_____
U.S. DISTRICT/MAGISTRATE JUDGE

5

**STIPULATED ORDER FOR PRELIMINARY INJUNCTION**