Greg Brower, Nevada Bar No. 5232
Charles E. Gianelloni, Nevada Bar No. 12747
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: gbrower@swlaw.com
Email: cgianelloni@swlaw.com

Robert P. Ducatman (*Pro Hac Vice*)
Lisa B. Gates (*Pro Hac Vice*)
Michael A. Zadd (*Pro Hac Vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: rducatman@jonesday.com
Email: lgates@jonesday.com
Email: mzadd@jonesday.com

Attorneys for Plaintiff
MATERION CORPORATION

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATERION CORPORATION, an Ohio corporation,<br><br>Plaintiff,<br><br>v.<br><br>AQUA REGIA SOLUTIONS LLC, a Nevada limited liability company; ASALIENT LLC, a Nevada limited liability company; and SUNDARAJAN MUTIALU an individual,<br><br>Defendants. | CASE NO. 2:14-cv-02006-KJD-GWF<br><br>**MOTION TO SUBSTITUTE COUNSEL** |

    Plaintiff Materion Corporation hereby moves to re-designate its local counsel for the pro hac vice admissions of Robert P. Ducatman, Lisa B. Gates, and Michael A. Zadd. Plaintiff seeks to substitute Casey G. Perkins with Charles E. Gianelloni as its designated counsel for those pro hac vice admissions. Pursuant to LR IA 10-6 of the Local Rules of Practice for the United States

District Court for the District of Nevada, attached hereto as **Exhibit A** are the consent and authorizations of Plaintiff Materion Corporation, Casey G. Perkins, and Charles E. Gianelloni.

Plaintiff Materion Corporation respectfully requests that the Court enter the Order below, approving the requested substitution.

DATED this 10th day of July, 2015.

                        SNELL & WILMER L.L.P.

                        By: _____
                            Greg Brower
                            Nevada Bar No. 5232
                            Charles E. Gianelloni
                            Nevada Bar No. 12747
                            3883 Howard Hughes Parkway, Suite 1100
                            Las Vegas, NV 89169

                            Robert P. Ducatman (*Pro Hac Vice*)
                            Lisa B. Gates (*Pro Hac Vice*)
                            Michael A. Zadd (*Pro Hac Vice*)
                            JONES DAY
                            North Point
                            901 Lakeside Avenue
                            Cleveland, OH 44114-1190

                            Attorneys for Plaintiff
                            MATERION CORPORATION

*Materion Corporation v. Aqua Regia Solutions LLC, et al.*
Case No. 2:14-cv-02006-KJD-GWF

**ORDER**

The substitution of Charles E. Gianelloni for Casey G. Perkins as designated local counsel for the pro hac vice admissions of Robert P. Ducatman, Lisa B. Gates, and Michael A. Zadd is hereby approved.

IT IS SO ORDERED.

DATED this 13th day of July, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

_____
Greg Brower, Nevada Bar No. 5232
Charles E. Gianelloni, Nevada Bar No. 12747
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Robert P. Ducatman (*Pro Hac Vice*)
Lisa B. Gates (*Pro Hac Vice*)
Michael A. Zadd (*Pro Hac Vice*)
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114-1190

Attorneys for Plaintiff
MATERION CORPORATION

# EXHIBIT A

# EXHIBIT A

*Materion Corporation v. Aqua Regia Solutions LLC, et al.*
Case No. 2:14-cv-02006-KJD-GWF

Plaintiff Materion Corporation hereby authorizes and consents to the substitution of counsel Charles E. Gianelloni, Esq. in place of designated local counsel Casey G. Perkins, Esq. in the above-entitled action.

DATED this 9th day of July, 2015.

By: _____
Signature of authorized agent on behalf
of MATERION CORPORATION

*Materion Corporation v. Aqua Regia Solutions LLC, et al.*
Case No. 2:14-cv-02006-KJD-GWF

Casey G. Perkins, Esq. hereby approves and consents to the substitution of counsel of Charles E. Gianelloni, Esq. in his place as designated local counsel for Plaintiff Materion Corporation in the above-entitled action.

DATED this 9th day of July, 2015.

By: _____
Casey G. Perkins
Nevada Bar No. 12063

Charles E. Gianelloni, Esq. hereby accepts and consents to his substitution of counsel in place of Casey G. Perkins, Esq. as designated local counsel for Plaintiff Materion Corporation in the above-entitled action.

DATED this 10th day of July, 2015.

SNELL & WILMER L.L.P.

By: _____
Charles E. Gianelloni
Nevada Bar No. 12747
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Plaintiff
MATERION CORPORATION