# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MATERION CORPORATION,  )
        Plaintiff,  )   Case No. 2:14-cv-02006-KJD-GWF
vs.  )   **ORDER**
AQUA REGIA SOLUTIONS LLC, *et al.*,  )
        Defendants.  )

This matter is before the court on the Joint Motion to Extend Deadlines Set Forth in Scheduling Order (#51) filed July 31, 2015. Upon review and consideration,

**IT IS HEREBY ORDERED** that the Joint Motion to Extend Deadlines Set Forth in Scheduling Order (#51) is **granted**. The following discovery plan and scheduling order dates shall apply:

1. Last date to complete discovery: **November 4, 2015**
2. Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **September 7, 2015**
3. Last date to disclose rebuttal experts: **October 7, 2015**
4. Last date to file dispositive motions: **December 4, 2015**
5. Last date to file joint pretrial order: **January 4 2016**. In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

DATED this 3rd day of August, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge